UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES AUTRY,

    Plaintiff,

v.                                            Case No. 11-12462

UNITED STEEL, PAPER AND FORESTRY,
RUBBER MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL & SERVICE WORKERS
INTERNATIONAL UNION, et al.,

    Defendant.
                                                 /

**ORDER DIRECTING PLAINTIFF TO FILE HIS CONTACT INFORMATION
WITH THE COURT AND DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANTS' PENDING MOTION**

On September 5, 2011, Plaintiff's former counsel Cherika A. Harris filed a notice of withdrawal after the court directed her to show cause why she was not disqualified from representing Plaintiff. At that time, Ms. Harris informed the court's case manager that she would find substitute counsel for Plaintiff. Over the course of the next two months, the court's case manager periodically communicated with Ms. Harris, and the purported substitute counsel, Denise Hairston, regarding the status of Plaintiff's representation. After several unfulfilled promises by Ms. Hairston to file an appearance, on September 26, 2011, the court ordered Plaintiff to show cause why the case should not be dismissed without prejudice for lack of prosecution. In lieu of showing cause, Ms. Hairston finally filed an appearance on October 7, 2011. However, on October 14, 2011, the clerk's office struck Ms. Hairston's appearance because Ms. Hairston was not admitted to the Eastern District of Michigan Bar. The clerk's office directed Ms. Hairston to make application to the Eastern District of Michigan Bar by October 28, 2011. Unsurprisingly, she failed to make

application.  Following Ms. Hairston's latest failure, the court's case manager again engaged in numerous telephonic communications with Ms. Harris and Ms. Hairston. Despite the efforts of the court, however, no attorney has filed an appearance on behalf of Plaintiff to date.  Therefore, Plaintiff is now proceeding pro se, and will be responsible for the management of his case.  Accordingly,

IT IS ORDERED that so long as Plaintiff proceeds pro se, he is DIRECTED to abide by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Michigan.

IT IS FURTHER ORDERED that Plaintiff file with the court by **December 7, 2011**, the following contact information: (1) personal mailing address; (2) telephone number; and (3) email address.

IT IS FURTHER ORDER that Plaintiff file a response to the Union Defendants "Motion . . . to Strike Union Counsel's Name from Plaintiff's Witness List" [Dkt. # 23] by **December 14, 2011**.

IT IS FURTHER ORDERED that Ms. Harris is DIRECTED to serve Plaintiff with this order.  Ms. Harris's address is the only address associated with Plaintiff that is available to the court.  Ms. Harris is further DIRECTED to file a proof of service with the court.

      S/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  November 21, 2011

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 21, 2011, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522