**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMES AUTRY,

       Plaintiff,

v.                                         Case No. 11-12462

 UNITED STEEL, PAPER AND FORESTRY,
RUBBER MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL & SERVICE WORKERS
INTERNATIONAL UNION, et al.,

       Defendants.

                                       /

**ORDER TERMINATING AS MOOT UNION DEFENDANTS' MOTION TO COMPEL**

Before the court is Defendants United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial & Service Workers International Union ("USW"), Local 1299, James Allen, and Caesar Randazzo's (collectively the "Union Defendants") motion, in which they seek an order (1) compelling Plaintiff to address attorney Cherika Harris's status as a necessary witness; and (2) striking the Union Defendants' counsel Stuart Israel from Plaintiff's witness list. On September 1, 2011, Ms. Harris withdrew as Plaintiff's counsel, thus negating the need to compel Plaintiff to address Ms. Harris's status as a necessary witness. Further, Plaintiff filed a stipulation on December 14, 2011, indicating that he would remove Mr. Israel's name from his witness list. Accordingly,

IT IS ORDERED that the Union Defendants' motion to compel [Dkt. # 23] is TERMINATED AS MOOT.

                           S/Robert H. Cleland
                           ROBERT H. CLELAND
                           UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 9, 2012, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522