**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMES AUTRY,

    Plaintiff,

v.                                                Case No. 11-12462

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION, et al.,

    Defendants.
                                                /

**ORDER RESCHEDULING PLAINTIFF'S DEPOSITION, DIRECTING PLAINTIFF
TO ANSWER INTERROGATORIES, EXTENDING THE DISPOSITIVE MOTION
DEADLINE, AND DIRECTING DEFENDANTS TO COMMUNICATE
WITH PLAINTIFF VIA UNITED STATES MAIL**

On January 9, 2012, the court held a telephonic conference with Plaintiff and counsel for Defendants, during which the parties agreed to reschedule Plaintiff's deposition and extend the dispositive motion deadline. Counsel for Defendants also expressed concerns about Plaintiff's failure to answer interrogatories served as far back as July 2011 and requested Plaintiff confirm with the court and counsel the most effective way to communicate with him. Set forth below is a memorialization of the parties' resolution of these issues.

IT IS ORDERED that Plaintiff's deposition, originally scheduled for January 11, 2012, shall be rescheduled for **January 19, 2012**.

IT IS FURTHER ORDERED that Plaintiff shall provide counsel for Defendants answers to all outstanding interrogatories on or before **January 18, 2012**.

IT IS FURTHER ORDERED that the disposition motion deadline shall be extended one week.  Any party wishing to file a dispositive motion must do so on or before **February 29, 2012**.

Finally, IT IS ORDERED that all communication with Plaintiff shall be by United States mail to Plaintiff's verified address: 12672 Abington, Detroit, Michigan, 48227.

      s/Robert H. Cleland  
      ROBERT H. CLELAND  
      UNITED STATES DISTRICT JUDGE

Dated:  January 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 12, 2012, by electronic and/or ordinary mail.

      s/Lisa Wagner  
      Case Manager and Deputy Clerk  
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-12462.AUTRY.Extend.Motion.Deadline.jrc.wpd