**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMES AUTRY,

    Plaintiff,

v.                                                   Case No. 11-12462

UNITED STEEL, PAPER AND FORESTRY,
RUBBER, MANUFACTURING, ENERGY,
ALLIED INDUSTRIAL AND SERVICE
WORKERS INTERNATIONAL UNION, et al.,

    Defendants.
                                                 /

**ORDER GRANTING UNION DEFENDANTS' MOTION TO COMPEL DISCOVERY**

On January 25, 2012, Defendants United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC, Local 1299, James Allen, and Caesar Randazzo (collectively the "Union Defendants") filed a motion to compel Plaintiff to produce documents originally requested by Defendants in July 2011. According to the Union Defendants, at his deposition, Plaintiff agreed to produce the requested documents no later than January 31, 2012. During a January 30, 2012 on-the-record telephonic conference, Plaintiff restated his intention to produce the documents on January 31, 2012, and the court informed the parties that it would enter an order granting the Union Defendants' motion and memorializing Plaintiff's agreement to produce the documents. Accordingly,

IT IS ORDERED that the Union Defendants' motion to compel is GRANTED. Plaintiff James Autry shall PRODUCE to the Union Defendants' counsel and United

States Steel Corporation's counsel all outstanding responses to the requests for documents on or before **January 31, 2012**.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 30, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2012, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-12462.AUTRY.Grant.Mot.Compel.jrc.wpd

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-12462.AUTRY.Grant.Mot.Compel.jrc.wpd